PER CURIAM.
Affirmed. See Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Collins v. State, 97 So.3d 305 (Fla. 4th DCA 2012); Foss v. State, 24 So.3d 1275 (Fla. 5th DCA 2009); Logan v. State, 1 So.3d 1253 (Fla. 4th DCA 2009); Williams v. State, 925 So.2d 427 (Fla. 3d DCA 2006).
DAVIS, C.J., and CRENSHAW and BLACK, JJ., Concur.